IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD J. REYNA SR,

                      Plaintiff,

v.

RICK RAEMISCH, JEFFERY PUGH and
Officer VARLEY,

                      Defendants.

ORDER

10-cv-611-slc

---

In an order dated November 30, 2010, I granted plaintiff an extension of time to make his initial partial payment of the filing fee in the amount of $7.62 and gave him until December 22, 2010, in which to make the payment. This order was in response to plaintiff's letter on November 22, 2010 that the Wisconsin Resource Center denied his request to have the $7.62 initial partial payment of the filing fee in this case sent to the court. In the same order, I told plaintiff that the court would send a copy of the order directly to the Wisconsin Resource Center. Now plaintiff has sent a letter stating that the Wisconsin Resource Center has again denied his request to have his $7.62 initial partial payment sent to this court.

Attached to plaintiff's letter is an "Interview/Information Request" form showing that on December 4, 2010, plaintiff sent a request to the inmate accounts office asking prison officials to send plaintiff's initial partial payment to this court. Plaintiff's request was again denied by a VI in the resident account office who wrote, "1) The disbursement needs an authorizing signature, 2) I need a copy of the order from the court. It needs to be an order to WRC to use the release funds."

Unfortunately, it appears that the Wisconsin Resource Center did not receive a copy of the November 30, 2010 order, so another copy will be sent to the Wisconsin Resource Center

together with a copy of this order. To be clear, it is ordered that if sufficient funds do not exist in plaintiff's regular account to pay his initial partial payment, then the resident account office at the Wisconsin Resource Center is to use plaintiff's release account to pay the remainder of the assessed amount. Also, plaintiff must obtain an authorizing signature on the disbursement request that he submits to the resident account office. Because the Wisconsin Resource Center did not receive a copy of the November 30, 2010 order, plaintiff will be granted another extension of time until January 27, 2011 in which to pay the $7.62 initial partial payment.

## ORDER

IT IS ORDERED that plaintiff has until January 27, 2011 to submit a check or money order payable to the clerk of court in the amount of $7.62. If, by January 27, 2011, plaintiff fails to make the initial partial payment, the clerk is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 5th day of January, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge