# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD J. REYNA, SR.,

     Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                      10-cv-611-bbc

RICHARD RAEMISCH,
JEFFREY PUGH, CAPTAIN BUESGEN
and OFFICER NICOLE VARLEY,

     Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Richard Raemisch, Jeffrey Pugh, Captain Buesgen and Officer Nicole Varley denying plaintiff Richard J. Reyna, Sr. leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_               2/3/2011

Peter Oppeneer, Clerk of Court           Date